No. 71. KEATING, RECEIVER OF TAXES OF THE CITY OF NEW YORK, ET AL. v. PUBLIC NATIONAL BANK.

Argued November 30, 1931. Decided December 7, 1931. *Per Curiam:* Decree affirmed. *Bodkin* v. *Edward,* 255 U. S. 221, 223; *Texas & New Orleans R. Co.* v. *Brotherhood of Clerks,* 281 U. S. 548, 558; *First National Bank* v. *Hartford,* 273 U. S. 548; *Minnesota* v. *First National Bank,* 273 U. S. 561; *Georgetown National Bank* v. *McFarland,* 273 U. S. 658. *Mr. Arthur J. W. Hilly,* with whom *Messrs. William Herbert King,* and *Eugene Fay* were on the brief, for appellants. *Messrs. Martin Saxe* and *Robert C. Beatty,* with whom *Messrs. Henry L. Moses* and *Herman G. Kopald* were on the brief, for appellee. *Messrs. Charles L. Feldman* and *Herbert A. Hickman,* by leave of Court, filed a brief on behalf of the City

of Buffalo, N. Y., as *amicus curiae.*